| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Tran. Court) 1:17-CR-00459-PAB-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 2:25-cr-00262-CDS-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| KENNETH SAMPLE, JR. | Colorado | Denver |
| [FILED AUG 28 2025 — CLERK, U.S. DISTRICT COURT, DISTRICT OF NEVADA, BY: AMMi DEPUTY] | NAME OF SENTENCING JUDGE: Philip A. Brimmer | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM June 23, 2025 — TO June 22, 2026 |

**OFFENSE**

18 U.S.C. § 922(g)(1) Possession of Firearm/Ammunition by a Prohibited Person

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The defendant is living in Las Vegas, Nevada. He has no plans to return to the District of Colorado. He was recently arrested on new allegations of Driving Under the Influence of Alcohol, and the District of Nevada is requesting jurisdiction be transferred to handle any and all current and future violations expeditiously.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF COLORADO

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NEVADA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/21/2025
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 3, 2025
Effective Date

_[signature]_
Cristina D. Silva, United States District Judge